# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM M. PARRA, Trustee of the Laura E. Parra Revocable Trust Dated September 9, 1994, as amended,<br><br>        Plaintiff,<br>v.<br><br>JUDITH ERIKA PARRA, an Individual, and ERIKA PARRA, Trustee of the Judith Erika Parra and Jose Miguel Parra Trust dated March 13, 2020, and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 3:20-cv-0839-DMS-JLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO AMEND PLEADINGS AND/OR ADD PARTIES** |

1

Order on Stipulation to Extend Time to Amend
Pleadings and/or Add Parties
Case No. 3:20-cv-0839-DMS-JLB

Pursuant to the Joint Motion of Plaintiff Adam M. Parra, Trustee of the Laura E. Parra Revocable Trust Dated September 9, 1994, as amended ("Plaintiff"), and Defendants Judith Erika Parra, and Erika Parra as Trustee of the Judith Erika Parra and Jose Miguel Parra Trust dated March 13, 2020 ("Defendants"), (Plaintiff and Defendants hereinafter collectively referred to as "the Parties"),

IT IS HEREBY ORDERED that:

The time for the Parties to amend pleadings and/or add parties to this matter is extended to February 11, 2021.

**IT IS SO ORDERED.**

Dated: November 4, 2020

_____
Hon. Dana M. Sabraw
United States District Judge

2

Order on Stipulation to Extend Time to Amend
Pleadings and/or Add Parties
Case No. 3:20-cv-0839-DMS-JLB