# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM M. PARRA, Trustee of the Laura E. Parra Revocable Trust Dated September 9, 1994, as amended,<br><br>        Plaintiff,<br>v.<br><br>JUDITH ERIKA PARRA, an Individual, and ERIKA PARRA, Trustee of the Judith Erika Parra and Jose Miguel Parra Trust dated March 13, 2020, and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 3:20-cv-0839-DMS-JLB<br><br>**ORDER GRANTING DEFENDANTS LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT** |

1. Pursuant to the Joint Motion of Plaintiff Adam M. Parra, Trustee of the Laura E. Parra Revocable Trust Dated September 9, 1994, as amended ("Plaintiff"), and Defendants Judith Erika Parra, and Erika Parra as Trustee of the Judith Erika Parra and Jose Miguel Parra Trust dated March 13, 2020 ("Defendants"), and good cause having been shown,

IT IS HEREBY ORDERED that:

Defendants are granted leave to file their Third-Party Complaint against Teresa M. Gillis and the Law Office of Teresa M. Gillis within ten (10) days of this Order.

**IT IS SO ORDERED.**

Dated:  December 15, 2020

Hon. Dana M. Sabraw
United States District Judge