UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM M. PARRA, Trustee of the Laura E. Parra Revocable Trust Dated September 9, 1994, as amended,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JUDITH ERIKA PARRA, et al.,<br><br>　　　　　　　　　　　　Defendants.<br><br>AND RELATED THIRD-PARTY ACTION AND COUNTERCLAIM. | Case No.: 20-cv-00839-DMS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER REGULATING DISCOVERY AND PRETRIAL PROCEEDINGS**<br><br>**(ECF No. 52)** |

　　　Before the Court is the parties' Joint Motion to Extend Deadlines in Scheduling Order Regulating Discovery and Pretrial Proceedings. (ECF No. 52.) For good cause shown, the Joint Motion is **GRANTED**, and the Scheduling Order (ECF Nos. 32, 37) is modified as follows:

　　　1.　Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **May 12, 2021**.

2. All fact discovery shall be completed by all parties by **June 14, 2021**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure.  **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).**  The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process.  If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules.  **A failure to comply in this regard will result in a waiver of a party's discovery issue.  Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

Discovery disputes must be brought to the Court's attention in the time and manner required by § V of Judge Burkhardt's Civil Chambers Rules.  **All discovery disputes must be raised within 30 calendar days of the service of an objection, answer, or response** that becomes the subject of dispute, or the passage of a discovery due date without response or production, and only after counsel (and any unrepresented parties) have met and conferred to resolve the dispute.  *See* J. Burkhardt Civ. Chambers R. § V.

3. The parties shall designate their respective experts in writing by **May 3, 2021**. The parties must identify any person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Fed. R. Evid.  This requirement is not limited to retained experts.  The date for exchange of rebuttal experts shall be by **May 24, 2021**.  The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide.  The list shall also include the normal rates the expert charges for deposition and trial testimony.

///

///

4. By **May 3, 2021**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure. This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, or whose duties as an employee of the party regularly involve the giving of expert testimony. **Except as provided in the paragraph below, any party that fails to make these disclosures shall not, absent substantial justification, be permitted to use evidence or testimony not disclosed at any hearing or at the time of trial. In addition, the Court may impose sanctions as permitted by Fed. R. Civ. P. 37(c).**

5. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) by **May 24, 2021**.

6. All expert discovery shall be completed by all parties by **July 23, 2021**. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

7. Failure to comply with this Order or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

8. All other pretrial motions must be filed by **August 10, 2021**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the district judge.

9. The dates and times set forth herein will not be modified except for good cause shown. *See* J. Burkhardt Civ. Chambers R. § IV.

10. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

///

11. Except as otherwise modified herein, all dates, deadlines, and requirements set forth in the Court's January 4, 2021 Scheduling Order (ECF No. 32) remain in effect.

**IT IS SO ORDERED.**

Dated: April 2, 2021

Hon. Jill L. Burkhardt
United States Magistrate Judge