# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:   **Parra v. Parra, et al.**                    Case No.:   **20-cv-00839-DMS-JLB**

On June 14, 2021, the parties filed a Notice of Settlement informing the Court that the parties have reached an agreement in principle. (ECF No. 74.)  Accordingly, **IT IS HEREBY ORDERED**:

1. A Joint Motion for Dismissal shall be electronically filed on or before **July 27, 2021**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Dana M. Sabraw, shall be e-mailed to the chambers of the Honorable Dana M. Sabraw.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **July 27, 2021**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **July 30, 2021**, at **2:45 PM** before Magistrate Judge Jill L. Burkhardt.  For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (877) 873-8018 and use access code 9930765.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **July 27, 2021**, the Settlement Disposition Conference shall be vacated without further court order.

Date:  June 14, 2021                                                                              Initials: lc2
                                                                              Chambers of the Hon. Jill L. Burkhardt

---

[1]    *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2]    *See id*. § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.